**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS BAILEY**, <br> Plaintiff, <br> v. <br> **RITE AID CORPORATION**, <br> Defendant. | Case No. 4:18-cv-06926-YGR <br><br> **ORDER RE: JOINT DISCOVERY LETTER BRIEF** <br><br> Re: Dkt. No. 94 |

The Court is in receipt of the parties' joint discovery letter brief regarding the discoverability of materials relating to study conducted by Valisure LLC. (Dkt. No. 94.) Based on the contents of the letter therein, the Court requests that the parties provide the disputed documents for an *in camera* review **on or before Friday, October 30, 2020**. Once the Court has finalized its *in camera* review, the Court will issue a ruling, or, if appropriate, request additional briefing or argument.

**IT IS SO ORDERED.**

Dated: October 21, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**