Mitchell M. Breit (admitted *pro hac vice*)
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone:     (212) 784-6400
Facsimile:     (212) 213-5949
mbreit@simmonsfirm.com

Gregory F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone:     (865) 247-0080
Facsimile:     (865) 533-0049
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com

*Attorneys for Plaintiff*

EILEEN R. RIDLEY, CA Bar. No. 151735
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
Telephone:     (415) 434-4484
Facsimile:     (415) 434-4507
eridley@foley.com


Jay N. Varon, Esq. (*pro hac vice*)
David A. Hickerson, Esq. (*pro hac vice*)
David L. Rosen (*pro hac vice motion forthcoming*)
Jarren N. Ginsburg (*pro hac vice*)
**FOLEY & LARDNER LLP**
3000 K Street, N.W.
Washington, D.C.  20007
Telephone:     202.672.5380
Facsimile:     202.672.5399
jvaron@foley.com
dhickerson@foley.com
drosen@foley.com
jginsburg@foley.com

*Attorneys for Defendant*

FIFTH JOINT MOTION TO AMEND SCHEDULING ORDER
Case No.: 4:18-cv-06926-YGR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS BAILEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Case No.: 4:18-cv-06926-YGR<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Complaint Filed: November 15, 2018<br>First. Am. Compl. Filed: January 4, 2019 |

Pursuant to Civil Local Rule 6-2, Defendant Rite Aid Corporation ("Defendant" or "Rite Aid") and Plaintiff Thomas Bailey ("Plaintiff" or "Bailey") (collectively the "Parties"), by counsel, jointly move the Court to amend the Scheduling Order entered on August 11, 2020 (Dkt. # 89) to extend Rite Aid's Opposition to Class Certification (the "Opposition") deadline from December 18, 2020 to January 15, 2021 and to extend the Plaintiff's Reply to Rite Aid's Opposition from February 16, 2021 to March 9, 2021, as set forth in the accompanying Proposed Order. This extension will not affect any other court deadlines because a class certification hearing has not been scheduled and no other deadlines have been calendared.

**I.   BACKGROUND**

On November 4, 2019, the Court issued a scheduling order that set various discovery deadlines and set an initial deadline of March 31, 2020 for the completion of private mediation (Dkt. # 75) (the "Scheduling Order"), which the mediation deadline was extended on several occasions.

Specifically, on March 4, 2020, the Parties jointly moved to the extend the mediation deadline based on the fact that a potentially dispositive hearing in a factually similar matter, *Edwards, et al. v. Walmart, Inc.*, 2:18-cv-09655-GW-FFMx (N.D. Cal.), was scheduled for April 2, 2020 (Dkt. # 82). The Parties believed that resolution of certain disputes in *Edwards* would be relevant and informative to any mediation in this action and, accordingly, scheduled a mediation to occur on April 8, 2020. The Court granted the request, extending the deadline to complete mediation from March 31, 2020 to April 14, 2020 (Dkt. # 83) (the "Amended ADR Order").

1    Thereafter, the Parties moved to extend the April 14, 2020 deadline to complete private mediation (Dkt. #84).  In support of this application, the Parties noted that complications caused by the COVID-19 pandemic necessitated the cancellation of the previously scheduled April 8, 2020 mediation.  In addition, the Parties noted that the *Edwards* hearing on class certification had been cancelled and that presiding Judge George H. Wu had indicated that the matter would be taken under submission and that a written decision would be issued by April 20, 2020. The Parties tentatively rescheduled mediation to occur on June 1, 2020 and accordingly requested an extension of the mediation deadline.  On April 15, 2020, the Court granted the request, extending the deadline to complete private mediation to June 12, 2020 (Dkt. # 85) ("Second Amended ADR Order").  The Parties worked to finalize the mediation date of June 12, 2020, but were unable to meet that deadline.  On June 11, 2020, the Court granted the Parties request to extend the deadline to complete private mediation to August 11, 2020 (Dkt. #87) ("Third Amended ADR Order").  The Parties completed their Mediation session with the Honorable William J. Cahill (Ret.), JAMS on July 21, 2020, but were unable to come to a resolution.

The Parties have been diligently engaged in pursuing discovery, but complications occasioned by the COVID-19 pandemic resulted in a delay. Plaintiff noticed and completed, remotely, the Fed. R. Civ. P. 30(b)(6) depositions of Defendant's representative and third-party manufacturer's representatives on June 19, 2020, June 23, 2020, and June 26, 2020.  Due to COVID-19, vacation schedules, and Judge Wu's tentative ruling in the *Edwards* matter, Plaintiff submitted an unopposed request for extension, which the Court granted on August 11, 2020 (Dkt. 89) ("Fourth Amended ADR Order").

Plaintiff submitted his Motion for Class Certification on October 19, 2020, which included three expert opinions.  Rite Aid has noticed the three experts, but due to scheduling conflicts of the Parties and experts, were unable to schedule the depositions until December 9, 10, and 11, respectively.  Rite Aid's Opposition is currently due one week after these depositions, on December 18, 2020.  One week is insufficient time for Rite Aid's experts to review the Plaintiff's experts' depositions transcripts and incorporate the pertinent facts into their expert reports.  Furthermore, it not sufficient time for Rite Aid to incorporate the depositions and opinions of its

own experts into its Opposition. Rite Aid requests its Opposition deadline be extended to January 15, 2020. Rite Aid requests a four week extension only to factor in the upcoming holidays and counsels' respective schedules. Therefore, Plaintiff requests an extension from February 16, 2021 to March 9, 2021 to submit his Reply to Rite Aid's Opposition to the Motion for Class Certification.

The Parties jointly request to extend the class certification briefing schedule as proposed in the attached proposed order. As noted, such extensions will have no further impact on the schedule, as the Court has not yet set a class certification hearing date.

## II.  LEGAL STANDARD

Under Federal Rule of Civil Procedure 16(b)(4), a "schedule may be modified only for good cause and with the judge's consent." *See also* Fed. R. Civ. P. 6 (stating a "court may, for good cause, extend the time"). Here, both Parties represent that the requested extensions are sought in good faith and are not sought to cause undue delay.

The additional time period will allow the Rite Aid to examine Plaintiff's experts and more completely brief its Opposition to Motion for Class Certification and for Plaintiff to have sufficient and fair time to respond. Rite Aid represents that the requested extension is sought in good faith and is not sought to cause undue delay, but rather the added time will be beneficial to both sides and minimally interrupt the Court's schedule.

## III.  CONCLUSION

Based on the foregoing, Plaintiff and Defendant respectfully request that the Court **GRANT** their Joint Motion to Amend Scheduling Order, and extend the deadlines as set forth in the accompanying Proposed Order.

Dated:  November 25, 2020                      Respectfully submitted,

By:  /s/ Mitchell M. Breit *(with permission)*
Mitchell M. Breit (*pro hac vice*)
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone:  (212) 784-6422
Facsimile:  (212) 213-5949

mbreit@simmonsfirm.com

Gregory F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone:  (865) 247-0080
Facsimile:  (865) 533-0049
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com

*Attorneys for the Plaintiff*

By:  /s/ Eileen R. Ridley
EILEEN R. RIDLEY, CA Bar. No. 151735
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520

Telephone:     (415) 434-4484
Facsimile:      (415) 434-4507
eridley@foley.com
Jay N. Varon, Esq. (*pro hac vice*)
David A. Hickerson, Esq. (*pro hac vice*)
David L. Rosen (*pro hac vice motion forthcoming*)
Jarren N. Ginsburg (*pro hac vice*)

**FOLEY & LARDNER LLP**
3000 K Street, N.W.
Washington, D.C.  20007
Telephone:     202.672.5380
Facsimile:      202.672.5399
jvaron@foley.com
dhickerson@foley.com
drosen@foley.com
jginsburg@foley.com

*Attorneys for Defendant*

FIFTH JOINT MOTION TO AMEND SCHEDULING ORDER
Case No.: 4:18-cv-06926-YGR