# EXHIBIT 1

# DOCUMENT LODGED PROVISIONALLY UNDER SEAL