# THIS EXHIBIT HAS BEEN FILED UNDER A MOTION TO SEAL

Deposition of Stephanie Plancich