# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS BAILEY,**<br><br>     **Plaintiff,**<br><br>     vs.<br><br>**RITE AID CORPORATION,**<br><br>     **Defendant.** | Case No.: 18-cv-6926- YGR<br><br>**ORDER RE MOTION FOR PRELIMINARY APPROVAL AND UNOPPOSED MOTION TO AMEND COMPLAINT**<br><br>RE DKT. NO. 152 |

The Court is in receipt of the parties' joint status report filed April 11, 2022. (Dkt. No. 152). In light of the parties' request, the Court hereby orders that the Motion for Preliminary Approval of the Settlement, along with an unopposed Motion to Amend the Complaint, be filed no later than **April 29, 2022**.

**IT IS SO ORDERED.**

Dated: April 22, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**